IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL GURGONE,

    Plaintiff,

  v.

CROWN CASTLE USA INC.,

    Defendant.

No. 2016-cv-10549

## DISCLOSURE STATEMENT OF CROWN CASTLE USA INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Crown Castle USA Inc. ("Crown Castle USA") states that it is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Canonsburg, Pennsylvania. Crown Castle USA further states that its parent corporation is Crown Castle Operating Company ("Crown Castle Operating") and that Crown Castle Operating is a Delaware Corporation. Finally, Crown Castle USA states that no entity, aside from Crown Castle Operating, owns more than 5% of Crown Castle USA. Crown Castle USA is an indirect subsidiary of the publicly traded company Crown Castle International Corp.

Dated:  November 14, 2016

/s/ Carrie A. Hall
One of the Attorneys for Defendant
CROWN CASTLE USA INC.

MICHAEL BEST & FRIEDRICH LLP
Carrie A. Hall (#6269884)
  cahall@michaelbest.com
Zachary J. Watters (#6310675)
  zjwatters@michaelbest.com
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL  60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818

## <u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED, an attorney, hereby certifies that a copy of the attached Disclosure Statement of Crown Castle USA, Inc. was served upon the following counsel via U.S. mail on the 14th day of November, 2016.

Jeffrey Archambeault
Kavanaugh Grumley & Gorbold LLC
111 North Ottawa Street
Joliet, IL 60432


/s/ Carrie A. Hall