# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL GURGONE,<br><br>  Plaintiff/Counter- Defendant,<br><br>vs.<br><br>GLOBAL SIGNAL ACQUISITIONS IV LLC,<br><br>  Defendant/Counter-Plaintiff. | Case No.  16 CV 10549<br><br>Judge Sara L. Ellis |

## JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Plaintiff Michael Gurgone ("Gurgone") and Defendant/Counter-Plaintiff Global Signal Acquisitions IV LLC ("GSA IV"), by and through their undersigned counsel, respectfully move this Court for an extension of the February 20, 2018 fact discovery deadline to April 6, 2018.  In support thereof, the parties state as follows:

1. This matter was removed to this Court from the Twelfth Judicial Circuit Court on November 11, 2016.  Dkt. No. 1.

2. Since the initial filing the Complaint was amended on December 21, 2016, to add the proper defendant, GSA IV.  Dkt. No. 17.  On February 3, 2017, GSA IV filed its Answer, Affirmative Defenses and Counterclaim against Gurgone.  Dkt. No. 29.

3. On January 31, 2017, this matter was referred to a settlement conference before the designated magistrate judge.  Dkt. No. 25.  Magistrate Cox set this matter for May 25, 2017 for settlement conference.  Dkt. No. 35.

4. On August 22, 2017, following an unsuccessful settlement conference, this Court entered an Order which required the parties to complete fact discovery by February 20, 2018.  Dkt. No. 44.

5. Also on August 22, 2017, the Court allowed GSA IV to amend its counterclaim to add a count for breach of contract and a request for monetary damages. Gurgone filed his answer to the amended counterclaim on September 21, 2017. Dkt. No. 46.

6. Although the prior settlement conference was unsuccessful, the parties have continued to diligently work on both settlement and discovery. Despite these efforts, certain factors have made it difficult to maintain the February 20, 2018 fact discovery deadline. This matter involves a long term dispute that spans a number of years, and requires the parties to try to uncover information about documents that were negotiated and signed at various points over a number of years.

7. GSA IV and Gurgone respectfully request an additional forty-five (45) days to complete fact discovery. The parties would also request that the status hearing previously set for February 22, 2018, be continued and set over for another time until after the fact discovery cutoff date.

8. Neither party has previously sought from the Court an extension of the fact discovery deadline.

WHEREFORE, Plaintiff Michael Gurgone and Defendant Global Signal Acquisitions IV LLC pray that the Court grant this Joint Motion for Extension of Fact Discovery Deadline and grant the parties until April 6, 2018 to complete fact discovery and set over the February 22, 2018 status hearing date, and for such other relief the Court deems just and proper.

Dated:  February 15, 2018                                   Respectfully submitted,

| MICHAEL GURGONE | GLOBAL SIGNAL ACQUISITIONS IV LLC |

By: /s/ Jeffrey M. Archambeault (with permission)
One of his Attorneys

By: /s/ Carrie A. Hall
One of its Attorneys

Jeffrey M. Archambeault (6294837)
jarchambeault@kggllc.com
KAVANAGH, GRUMLEY & GORBOLD
111 North Ottawa Street
Joliet, Illinois 60432
Phone:  (815) 727-4511

Carrie A. Hall (6269884)
cahall@taftlaw.com
Anne L. Yonover (6321766)
ayonover@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone:  (312) 527-4000

22033414.3