# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL GURGONE, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> GLOBAL SIGNAL ACQUISITIONS IV LLC, <br><br> Defendant/Counter-Plaintiff. | Case No. 16 CV 10549 <br><br> Judge Sara L. Ellis |

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant Michael Gurgone ("Gurgone") and Defendant/Counter-Plaintiff Global Signal Acquisitions IV LLC ("GSA IV"), (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit to the Court their Joint Notice of Settlement. In support thereof, the Parties state as follows:

1. GSA IV's motion for summary judgment is currently pending before this Court. *See* Dkt. 60. Gurgone's response to GSA IV's motion for summary judgment was due on October 26, 2018. Dkt. 74. GSA IV's reply in support of its motion for summary judgment is due on November 26, 2018. *Id.* There is a status date set for January 29, 2019.

2. On October 26, 2018, the Parties reached a settlement in principle of the instant matter.

3. The Parties are currently in the process of reducing the settlement to a formal written settlement agreement. The formal written settlement agreement will require amendments to certain real estate documents that were at issue during this litigation. Once these documents are amended the Parties intend to record them.

4. The Parties request sixty (60) days to allow them sufficient time to formalize the settlement agreement.

5.     In light of the Parties' settlement agreement, the Parties respectfully request that the Court strike the pending briefing schedule and status date, and reset this matter seventy (70) days from today, or about January 8, 2019, for the Parties to report on the status of the settlement agreement.  It is expected that the Parties will have memorialized their settlement in advance of the status date, and they will file a stipulation for dismissal upon doing so

WHEREFORE, Plaintiff/Counter-Defendant Michael Gurgone and Defendant/Counter-Plaintiff Global Signal Acquisitions IV LLC pray that the Court strike the current briefing schedule, strike the current status date of January 29, 2019, and reset the instant matter for status on the settlement agreement for January 8, 2019, or some date shortly thereafter, and for such other relief that the Court deems just and proper.

Dated:  October 29, 2018                              Respectfully submitted,

| **MICHAEL GURGONE** | **GLOBAL SIGNAL ACQUISITIONS IV LLC** |
|---|---|
| By:  /s/ Jeffrey M. Archambeault (with permission)<br>One of his Attorneys | By:  /s/ Carrie A. Hall<br>One of its Attorneys |
| Jeffrey M. Archambeault (6294837)<br>jarchambeault@kggllc.com<br>KAVANAGH, GRUMLEY & GORBOLD<br>111 North Ottawa Street<br>Joliet, Illinois 60432<br>Phone:  (815) 727-4511 | Carrie A. Hall (6269884)<br>cahall@taftlaw.com<br>Anne L. Yonover (6321766)<br>ayonover@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601<br>Phone:  (312) 527-4000 |